**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-6740**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DAVID GLENN GREEN,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:00-cr-00034-KDB-1)

─────────────

Submitted:  December 18, 2025            Decided:  December 23, 2025

─────────────

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

David Glenn Green, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Glenn Green appeals the district court's orders denying relief on his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release and denying reconsideration. Upon review, we discern no abuse of discretion in the district court's determination that, under the pertinent 18 U.S.C. § 3553(a) sentencing factors, compassionate release was not warranted. *See United States v. Centeno-Morales*, 90 F.4th 274, 279-80 (4th Cir. 2024) (providing standard of review and outlining steps for evaluating compassionate release motions). Accordingly, we affirm the district court's orders. *United States v. Green*, No. 5:00-cr-00034-KDB-1 (W.D.N.C. May 6, 2025; Aug. 15, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*